UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF ROOFERS LOCAL 149 SECURITY
BENEFIT TRUST FUND; ROOFERS LOCAL 149 PENSION
FUND, ROOFERS LOCAL 149 VACATION-HOLIDAY
FUND; and ROOFERS LOCAL 149 APPRENTICESHIP
FUND,

    Plaintiffs,

v

    Case No. 09-cv-11835
    Hon. Patrick J. Duggan

ROOFCON, INC., a Michigan corporation, and
DONALD P. HATFIELD, Individually,

    Defendants.
_____/

## ORDER OF DEFAULT JUDGMENT
## AGAINST ROOFCON, INC. and DONALD P. HATFIELD

    At a session of Court held in the City of Detroit, Wayne County, Michigan, on September 18, 2009.

    PRESENT:   Hon. Patrick J. Duggan
                    U.S. District Court Judge

This matter having come before the Court upon Plaintiffs' Motion for Entry of Default Judgment Against Defendants, Plaintiffs' counsel having argued the motion on September 17, 2009, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that a Judgment by Default is hereby entered against Defendants Roofcon, Inc. and Donald P. Hatfield, individually, in the amount of $13,022.36 comprised as follows:

    A.    Unpaid contributions in the amount of $2,434.70;

    B.    Liquidated damages for prior late payments in the amount of $8,278.52;

    C.    Interest on the unpaid contributions in the amount of $159.32 – 29 USC §1132(g)(2)(B);

    D.    Interest on the unpaid contributions in the amount of $159.32 – 29 USC §1132(g)(2)(ii);

      E.      Attorney fees and costs in the amount of $1,990.50;

**IT IS FURTHER ORDERED** that the Corporate Defendant open up its books and records in order for Plaintiff to conduct a complete audit to determine any further due and owing unpaid contributions beyond those set forth herein;

**ITS FURTHER ORDERED** that Plaintiffs shall move to have this Judgment amended to include any further due and owing amounts as determined by the aforementioned audit plus the further mandates of 29 USC §1132(g)(2);

**IT IS FURTHER ORDERED** that jurisdiction of this matter be retained pending compliance with the court's orders.

      <u>s/Patrick J. Duggan</u>
      Patrick J. Duggan
      United States District Judge

Dated: September 18, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 18, 2009, by electronic and/or ordinary mail.

      <u>s/Marilyn Orem</u>
      Case Manager

This Order Prepared By:

Matthew I. Henzi
Sullivan Ward Asher & Patton, P.C.
Attorney for Plaintiffs
25800 Northwestern Hwy., Suite 1000
Southfield, Michigan  48075
248.746.0700
E-Filing:  mhenzi@swappc.com
P57334

W0795269/RL9-110599